**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOAN SHAPIRO | : | |
| ANDREW SHAPIRO (Non-Filing Co-Debtor) | : | BK. No. 15-18020 MDC |
| Debtors | : | |

## CERTIFICATION OF DEFAULT

**PHELAN HALLINAN DIAMOND & JONES, LLP**, attorneys for Movant, hereby certifies that the above-captioned Debtors has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge MAGDELINE D. COLEMAN on May 19, 2017.

In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtors' property. Movant further certifies that the required Notice of Default was sent to Debtors and Debtors' attorney and Debtors has failed to cure the default.

Dated: December 15, 2017

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com