20-0118

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Joan Shapiro<br><br>　　　　　　　　　　Debtor(s)<br><br>Andrew Shapiro, CoDebtor | Chapter 13 Proceeding<br><br>Case No. 15-18020 MDC |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

Kindly enter my appearance on behalf of AJAX MORTGAGE LOAN TRUST 2019-H, MORTGAGE-BACKED SECURITIES, SERIES 2019-H, BY U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE in the above captioned matter.

POWERS KIRN, LLC

By: **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090