United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joan Shapiro  
    Debtor

Case No. 15-18020-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Feb 18, 2020  
                        Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.  
14286549      Bank of America, N.A.,   PO Box 31785,   Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2020 at the address(es) listed below:

      BRAD J. SADEK    on behalf of Debtor Joan  Shapiro brad@sadeklaw.com,    bradsadek@gmail.com  
      CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com  
      JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com  
      JILL  MANUEL-COUGHLIN    on behalf of Creditor     AJAX MORTGAGE LOAN TRUST ET SEQ.  bankruptcy@powerskirn.com  
      JOHN A. TORRENTE     on behalf of Creditor    Bucks County Tax Claim Bureau  jtorrente@begleycarlin.com  
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com  
      KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
      KEVIN W. LYNCH    on behalf of Creditor    BANK OF AMERICA, N.A. kwlynch@comcast.net  
      LISA  CANCANON    on behalf of Creditor    Bank of America, N.A. LisaC@w-legal.com  
      MARIO J. HANYON    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com  
      SARAH K. MCCAFFERY    on behalf of Creditor    AJAX MORTGAGE LOAN TRUST ET SEQ.  bankruptcy@powerskirn.com  
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                TOTAL: 14

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-18020-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Joan Shapiro
1530 Pear Tree Lane
Bensalem PA 19020

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/14/2020.

Name and Address of Alleged Transferor(s):

Claim No. 18: Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785

Name and Address of Transferee:

AJAX MORTGAGE LOAN TRUST ET AL
P.O. BOX 742334
LOS ANGELES, CA 90074

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/20/20

Tim McGrath
**CLERK OF THE COURT**