### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE:             Andrew Shapiro

CHAPTER:        13

NO.                15-18020

### AMENDED NOTICE OF WITHDRAW OF APPEARANCE OF JOHN A. TORRENTE, ESQUIRE AND ENTRY OF APPEARANCE OF BARBARA R. MERLIE, ESQUIRE ON BEHALF OF THE BUCKS COUNTY TAX CLAIM BUREAU

Kindly Withdraw the Entry of Appearance of John A. Torrente, Esquire on behalf of the Bucks County Tax Claim Bureau and Enter the Appearance of Barbara R. Merlie, Esquire on behalf of the Bucks County Tax Claim Bureau.

Respectfully submitted,

*Barbara R. Merlie*
Barbara R. Merlie, Esquire

*John A. Torrente*
John A. Torrente, Esquire

{01095602;v1}