United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-18020-mdc |
| Joan Shapiro | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 16, 2021 | Form ID: 138NEW | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joan Shapiro, 1530 Pear Tree Lane, Bensalem, PA 19020-4663 |
| cr | + | BANK OF AMERICA, N.A., 2380 Performance Drive, RICHARDSON, TX 75082-4333 |
| cr | + | Bank of America, N.A., MARINOSCI LAW GROUP, P.C., c/o Wendy J. Wasserman, 100 West Cypress Creek Road, Suite 1045, Fort Lauderdale, FL 33309-2191 |
| cr | #+ | Bank of America, N.A., Weinstein & Riley, P.S., Lisa Cancanon, 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |
| 14467956 | + | AJAX MORTGAGE LOAN TRUST ET AL, P.O. BOX 742334, LOS ANGELES, CA 90074-2334 |
| 14467015 | + | AJAX MORTGAGE LOAN TRUST ET SEQ., C/O JILL MANUEL-COUGHLIN, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215 Trevose, PA 19053-6980 |
| 13628579 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 14192740 | | BANK OF AMERICA, N.A., c/o Kevin W. Lynch, Esquire, 1240 N. Myrtlewood St., Philadelphia, PA 19121-4515 |
| 13628578 | #+ | Bank of America, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |
| 13718170 | | Bank of America, N.A., P.O. Box 15312, Wilmington DE 19850-5312 |
| 13668542 | + | Bank of America, N.A., c/o Marinosci Law Group, P.C., ATTN: Bankruptcy Department, 100 West Cypress Creek Road, Suite 1045, Fort Lauderdale, FL 33309-2191 |
| 14286549 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 13692081 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14313633 | + | Bank of America, N.A., c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 500, Philadelphia, Pa 19106-1541 |
| 13628580 | + | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 13628581 | + | Bensalem Township, 2400 Byberry Road, Bensalem, PA 19020-6102 |
| 13690895 | + | Bucks County Tax Claim Bureau, c/o John A. Torrente,Esq., 55 East Court Street, Doylestown, PA 18901-4318 |
| 13628583 | + | Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 13700794 | | Capital One, N.A., c o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 13628592 | + | TD Bank USA, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 13628593 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, 200 Gibraltar Rd, Horsham, PA 19044 |
| 13665300 | | eCAST Settlement Corporation, POB 29262, New York, NY 10087-9262 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 17 2021 05:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2021 05:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 17 2021 05:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2021 04:33:36 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, |

Case 15-18020-mdc    Doc 93    Filed 03/18/21    Entered 03/19/21 00:51:02    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: 138NEW | Total Noticed: 46 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 13628584 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 17 2021 04:21:05 | Capital One Bank USA, 15000 Capital One Dr, Richmond, VA 23238 |
| 13669276 | + | Email/Text: bncmail@w-legal.com | Mar 17 2021 05:20:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13628582 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 17 2021 04:21:05 | Capital One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3438 |
| 13636217 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 17 2021 04:33:44 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13628586 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2021 04:23:18 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 13628587 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2021 05:19:00 | Comenity Bank, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13628588 | | Email/Text: mrdiscen@discover.com | Mar 17 2021 05:19:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 13634474 | | Email/Text: mrdiscen@discover.com | Mar 17 2021 05:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13628585 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 17 2021 04:48:30 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 13699744 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2021 05:20:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 13628589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2021 04:21:20 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502 |
| 13657768 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2021 04:21:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13726408 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2021 05:19:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13660582 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2021 05:19:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13645549 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2021 05:19:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13630642 | | Email/PDF: rmscedi@recoverycorp.com | Mar 17 2021 04:21:26 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13628590 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2021 04:48:15 | Synchrony Bank, P.O. Box 965005, Orlando, FL 32896-5005 |
| 13628591 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2021 04:33:36 | Synchrony Bank, P.O. Box 965007, Orlando, FL 32896-5007 |
| 13669390 | + | Email/Text: bncmail@w-legal.com | Mar 17 2021 05:20:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13628593 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 17 2021 05:20:00 | US Bank, 200 Gibraltar Rd, Horsham, PA 19044 |
| 13628595 | + | Email/Text: BKRMailOps@weltman.com | Mar 17 2021 05:20:00 | Weltman, Weinberg & Reis Co., LPA, 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: 138NEW | Total Noticed: 46 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., P.O. Box 15312, WILMINGTON, DE 19850-5312 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 15312, WILMINGTON, DE 19850-5312 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Bucks County Tax Claim Bureau, C/O JOHN A. TORRENTE, ESQ., 55 EAST COURT STREET, DOYLESTOWN, PA 18901-4318 |
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13628594 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, US Bank, 205 W 4th St, Cincinnati, OH 45202 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021             Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BARBARA A. MERLIE | on behalf of Creditor Bucks County Tax Claim Bureau gferrante@rudolphclarke.com |
| BARBARA R. MERLIE | on behalf of Creditor Bucks County Tax Claim Bureau BMerlie@rudolphclarke.com |
| BRAD J. SADEK | on behalf of Debtor Joan Shapiro brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| CHRISOVALANTE FLIAKOS | on behalf of Creditor Bank of America  N.A. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Bank of America  N.A. paeb@fedphe.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET SEQ. bankruptcy@powerskirn.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Bank of America  N.A. paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| KEVIN W. LYNCH | on behalf of Creditor BANK OF AMERICA  N.A. kwlynch@comcast.net |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 16, 2021 | Form ID: 138NEW | Total Noticed: 46 |

LISA CANCANON
    on behalf of Creditor Bank of America  N.A. LisaC@w-legal.com, Llombardi06@law.du.edu

MARIO J. HANYON
    on behalf of Creditor Bank of America  N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

SARAH K. MCCAFFERY
    on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET SEQ. bankruptcy@powerskirn.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Bank of America  N.A. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Joan Shapiro

    Debtor(s)

Bankruptcy No: 15−18020−mdc

Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 3/16/21

90 − 89
Form 138_new