United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-18020-mdc |
| Joan Shapiro | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 16, 2021 | Form ID: 195 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joan Shapiro, 1530 Pear Tree Lane, Bensalem, PA 19020-4663 |
| cr |   | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr |   | BANK OF AMERICA, N.A., P.O. Box 15312, WILMINGTON, DE 19850-5312 |
| cr | + | BANK OF AMERICA, N.A., 2380 Performance Drive, RICHARDSON, TX 75082-4333 |
| cr | + | Bank of America, N.A., MARINOSCI LAW GROUP, P.C., c/o Wendy J. Wasserman, 100 West Cypress Creek Road, Suite 1045, Fort Lauderdale, FL 33309-2191 |
| cr | #+ | Bank of America, N.A., Weinstein & Riley, P.S., Lisa Cancanon, 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |
| cr | + | Bucks County Tax Claim Bureau, C/O JOHN A. TORRENTE, ESQ., 55 EAST COURT STREET, DOYLESTOWN, PA 18901-4318 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2021 03:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 03:50:49 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., P.O. Box 15312, WILMINGTON, DE 19850-5312 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 15-18020-mdc    Doc 98    Filed 04/18/21    Entered 04/19/21 00:50:59    Desc Imaged
Certificate of Notice    Page 2 of 3

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 16, 2021 | Form ID: 195 | Total Noticed: 9 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021                                 Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BARBARA A. MERLIE | on behalf of Creditor Bucks County Tax Claim Bureau gferrante@rudolphclarke.com |
| BARBARA R. MERLIE | on behalf of Creditor Bucks County Tax Claim Bureau BMerlie@rudolphclarke.com |
| BRAD J. SADEK | on behalf of Debtor Joan Shapiro brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| CHRISOVALANTE FLIAKOS | on behalf of Creditor Bank of America N.A. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Bank of America N.A. paeb@fedphe.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET SEQ. bankruptcy@powerskirn.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Bank of America N.A. paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| KEVIN W. LYNCH | on behalf of Creditor BANK OF AMERICA N.A. kwlynch@comcast.net |
| LISA CANCANON | on behalf of Creditor Bank of America N.A. LisaC@w-legal.com, Llombardi06@law.du.edu |
| MARIO J. HANYON | on behalf of Creditor Bank of America N.A. wbecf@brockandscott.com, wbecf@brockandscott.com |
| SARAH K. MCCAFFERY | on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET SEQ. bankruptcy@powerskirn.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Bank of America N.A. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13

Joan Shapiro : Case No. 15−18020−mdc
    Debtor(s)

### ORDER
_____

AND NOW, this day , April 16, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

97
Form 195